FARKAS *et al.,* trustees, *v.* STEPHENS *et al.,* trustees.

BELL, Justice. 1. "Any person having a claim against any trust estate for services rendered to said estate, or for articles or property or money furnished for the use of said estate, or any claim for the payment of which a court of equity would render said estate liable, may collect and enforce the payment of such claim in a court of law." Code of 1933, § 108-501.

2. The present suit appears to be an action at law, brought under the foregoing statute; and the Court of Appeals, and not the Supreme Court, has jurisdiction. *Taylor* v. *Clark,* 56 *Ga.* 309; *Moore* v. *Lampkin,* 63 *Ga.* 748; *Beckwith* v. *McBride,* 70 *Ga.* 642; *Carlton* v. *Reeves,* 157 *Ga.* 602 (3) (122 S. E. 320); *Burgess* v. *Ohio National Life Insurance Co.,* 177 *Ga.* 48 (169 S. E. 364); *Williams* v. *Chatham Real Estate &c. Co.,* 13 *Ga. App.* 42 (78 S. E. 869); *Langford* v. *Mount Zion Baptist Church,* 22 *Ga. App.* 696 (2) (97 S. E. 102). This case differs on its facts from *Faulk* v. *Smith,* 168 *Ga.* 448 (148 S. E. 100), where the prayers were broad enough to afford equitable relief.

*Transferred to the Court of Appeals. All the Justices concur.*

ON MOTION FOR REHEARING.

This suit is not one respecting title to land within the meaning of the Code of 1933, § 2-3005. See *Colley* v. *Atlanta & West Point Railroad Co.,* 156 *Ga.* 43 (118 S. E. 712). *Rehearing denied. All the Justices concur.*

No. 11109. JANUARY 15, 1936. REHEARING DENIED FEBRUARY 21, 1936.

*Leonard Farkas* and *Walter H. Burt,* for plaintiffs.
*E. L. Smith,* for defendants.